## MONTANT v. JOHNSON.

(Supreme Court, Appellate Term.   June 1, 1906.)

SALES—TRANSFER OF TITLE—DELIVERY—FAILURE TO PAY PURCHASE PRICE—
EFFECT.
  A buyer, to whom the goods had been delivered, is the owner thereof,
  though the purchase price has not been paid; and the seller, intrusted
  with the possession for a day, confers no title by a sale to a third per-
  son having knowledge of the facts.
    [Ed. Note.—For cases in point, see vol. 43, Cent. Dig. Sales, §§ 552, 554.]

Appeal from Municipal Court, Borough of Manhattan, Seventh
District.

Action by Jules A. Montant against Moses Johnson.  From a judg-
ment for defendant, plaintiff appeals.  Reversed, and new trial granted.

Argued before GILDERSLEEVE, DAVIS, and CLINCH, JJ.

J. C. O'Connor, for appellant.
J. C. O'Hare, for respondent.

PER CURIAM.  We think the judgment appealed from should be
reversed.  The evidence shows clearly that there was a sale of the
dog to the plaintiff, and that there was a delivery.  After the delivery
of the dog, it was intrusted to the care of the vendor for a day.  She
then had no right to sell it to the defendant.  It was plaintiff's property,
although the price had not been paid.  The defendant evidently knew
all of the circumstances of the sale to the plaintiff, and took the dog
with notice of plaintiff's title.  The dog should be given to the plaintiff.

The judgment is reversed, and a new trial granted, with costs to ap-
pellant to abide the event.